IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

LÉONE MEYER,                              )
                                          )
              Plaintiff,                  )
                                          )
v.                                        )        Case No. CIV-15-00403-HE
                                          )
THE BOARD OF REGENTS OF THE               )
UNIVERSITY OF OKLAHOMA,                   )
DAVID L. BOREN IN HIS CAPACITY            )
AS THE PRESIDENT OF THE                   )
UNIVERSITY OF OKLAHOMA, AND               )
THE UNIVERSITY OF OKLAHOMA                )
FOUNDATION, INC.                          )
                                          )
              Defendants.                 )

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Léone Meyer.

I certify that I am admitted to practice in this Court and that I am registered in the Court's

Electronic Case Filing System.

Date: November 2, 2020.

Respectfully submitted,

s/Andrew W. Lester
Andrew W. Lester, OBA No. 5388
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114-7423
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
Email: alester@spencerfane.com
**Attorney for Plaintiff Léone Meyer**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2020, I electronically transmitted the attached documents to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to all counsel of record, including:

Michael D. McClintock      michael.mcclintock@mcafeetaft.com
Michael K. Avery           michael.avery@mcafeetaft.com
Thaddeus J. Stauber        tstauber@nixonpeabody.com


                                    s/Andrew W. Lester_____

OK 559168.1