IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LÉONE MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-15-0403-HE |
| ) | |
| THE BOARD OF REGENTS OF THE ) | |
| UNIVERSITY OF OKLAHOMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff's Motion to Compel [Doc. #102] is set for hearing on **Friday, November 20, 2020, at 10:30 a.m**., in Courtroom No. 501. The parties are directed to be prepared to discuss, among other issues, Mrs. Meyer's contention in the recently filed Parisian action that the settlement agreement in this case is a legal nullity.

**IT IS SO ORDERED**.

Dated this 9th day of November, 2020.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE