# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LÉONE MEYER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 5:15-cv-00403-HE |
| ) | |
| THE BOARD OF REGENTS OF THE ) | |
| UNIVERSITY OF OKLAHOMA, DAVID ) | |
| L. BOREN IN HIS CAPACITY AS THE ) | |
| PRESIDENT OF THE UNIVERSITY OF ) | |
| OKLAHOMA & THE UNIVERSITY OF ) | |
| OKLAHOMA FOUNDATION, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, hereby moves this Court for the admission of Luke Joseph Wolf, *pro hac vice*, pursuant to LCvR 83.3, and in support, show the Court the following:

1. Mr. Wolf's business address is 100 South Fifth Street, Suite 2500, Minneapolis, MN 55402-1267. His office number is (612) 268-7000. His email address is lwolf@spencerfane.com.

2. Mr. Wolf is a licensed attorney in good standing with the Minnesota Supreme Court and the United States District Court for the District of Minnesota.

3. Andrew W. Lester of Spencer Fane, LLP, who is a member of the State Bar of Oklahoma, and admitted to practice in the United States District Court for the Western District of Oklahoma, is serving and will continue to serve as local counsel in this matter.

4. Mr. Wolf is familiar with the Federal Rules of Civil Procedure and the Local Rules for the Western District of Oklahoma.

5. A completed Request for Admission Pro Hac Vice for Mr. Wolf is attached hereto and a proposed order is submitted herewith.

WHEREFORE, Luke Joseph Wolf requests that this Honorable Court allow him to appear *Pro Hac Vice* in the above styled and numbered cause on behalf of the Plaintiff.

s/ Andrew W. Lester
Andrew W. Lester, OBA No. 5388
Shannon F. Davies, OBA No. 13565
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114-7423
Telephone: (405) 844-9900
Facsimile: (405) 844-9958
Email  alester@spencerfane.com
          sdavies@spencerfane.com
**Attorneys for Plaintiff, Léone Meyer**

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I electronically transmitted the attached documents to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to all counsel of record as set forth below:

| | |
|---|---|
| Michael D. McClintock | michael.mcclintock@mcafeetaft.com |
| Michael K. Avery | michael.avery@mcafeetaft.com |
| Thaddeus J. Stauber | tsauber@nixonpeabody.com |

 

                                              s/Andrew W. Lester

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| vs.                             Plaintiff(s) | )<br>)<br>)<br>)<br>)   Case No. _____<br>)<br>)<br>)<br>)<br>) |
| Defendant(s) | ) |

**REQUEST FOR ADMISSION PRO HAC VICE**

    I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: _____

2. State bar membership number: _____

3. Business address, telephone and fax numbers:

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    ☐ Yes   ☐ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    ☐ Yes   ☐ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    ☐ Yes   ☐ No

    A check for $50 should be made payable to the U.S. District Court Clerk.
      (United States Government Attorneys are exempted from paying this fee.)

    DATED this _____ day of _____.

                                                                     _____

005/rvsd 06-04                                                                                      Signature of Applicant