IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LÉONE MEYER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE BOARD OF REGENTS OF THE )<br>UNIVERSITY OF OKLAHOMA, )<br>DAVID L. BOREN IN HIS CAPACITY )<br>AS THE PRESIDENT OF THE )<br>UNIVERSITY OF OKLAHOMA, AND )<br>THE UNIVERSITY OF OKLAHOMA )<br>FOUNDATION, INC. )<br>)<br>    Defendants. ) | Case No. CIV-15-00403-HE |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Léone Meyer.

I certify that I am admitted to practice in this Court and that I am registered in the Court's Electronic Case Filing System.

Date: November 24, 2020.

Respectfully submitted,

s/Donald G. Heeman
Donald G. Heeman
Spencer Fane LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
Telephone: (612) 268-7000
Facsimile: (612) 268-7001
Email:  dheeman@spencerfane.com
**Attorney for Plaintiff Léone Meyer**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2020, I electronically transmitted the attached documents to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to all counsel of record as set forth below:

| | |
|---|---|
| Michael D. McClintock | michael.mcclintock@mcafeetaft.com |
| Michael K. Avery | michael.avery@mcafeetaft.com |
| Thaddeus J. Stauber | tsauber@nixonpeabody.com |

                                                           s/Donald G. Heeman